| | AUSA: John O'Brien | Telephone: (313) 226-9100 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Jeffrey Jacobs, FBI | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Henry Thomas

Case: 2:19-mj-30261
Judge: Unassigned,
Filed: 05-14-2019
IN RE: SEALED MATTER (MAW)

**FILED**
MAY 20 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## ARREST WARRANT

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
Deputy

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Henry Thomas,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

In violation of 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances.

Date: MAY 14 2019

City and state: DETROIT, MICHIGAN

ELIZABETH A. STAFFORD
*Issuing officer's signature*
ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

**Return**

This warrant was received on *(date)* 14 May 2019, and the person was arrested on *(date)* 17 May 2019
at *(city and state)* Huntington, WV.

Date: 20 May 2019

*Arresting officer's signature*
Jeffrey A. Townsend, Special Agent
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*